## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miguel Angel Vega a/k/a Miguel A. Vega-Vega | BK NO. 25-01227 HWV |
| Debtor(s) | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
06 May 2025, 12:31:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322