Certificate Number: 15317-PAM-DE-039683008

Bankruptcy Case Number: 25-01227



15317-PAM-DE-039683008

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 20, 2025, at 4:38 o'clock PM PDT, Miguel Angel Vega-Vega completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   May 20, 2025                By:   /s/Junie Montebon

                                    Name: Junie Montebon

                                    Title: Credit Counselor