United States Bankruptcy Court

Middle District of Pennsylvania

In re:        Case No. 25-01227-HWV

Miguel Angel Vega        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 3
Date Rcvd: Aug 14, 2025      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Angel Vega, 311 Taylor Street, Lebanon, PA 17042-6266 |
| 5708916 | ++ | ATLANTIC RECOVERY SOLUTIONS LLC, 33 DODGE RD, STE 108, GETZVILLE NY 14068-1540 address filed with court:, Atlantic Recovery Solutions, PO Box 156, East Amherst, NY 14051 |
| 5708924 | + | Lebanon Federal Credit Union, 301 East Evergreen Road, Lebanon, PA 17042-7508 |
| 5708928 | | Mercury/First Bank & Trust, Attn: Bankruptcy, PP Box 84064, Columbus, GA 31908 |
| 5708938 | + | Sears National Bank, Attn: Bankruptcy, 2626 South Hardy Drive, Tempe, AZ 85282-1938 |
| 5708945 | + | Weinberg & Assoc., PC, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 5708948 | | WellSpan Health, P.O. Box 450, Newmanstown, PA 17073-0450 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5720515 | | EDI: ATLASACQU | Aug 14 2025 22:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5708917 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 14 2025 18:52:41 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5708920 | | Email/Text: correspondence@credit-control.com | Aug 14 2025 18:47:00 | Credit Control LLC, 3300 Rider Trail S., Suite 500, Earth City, MO 63045 |
| 5708918 | + | EDI: CAPITALONE.COM | Aug 14 2025 22:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5708919 | + | EDI: CAPITALONE.COM | Aug 14 2025 22:43:00 | Capital One/Kohls, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5708921 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2025 19:03:48 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5708922 | + | EDI: DISCOVER | Aug 14 2025 22:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5708923 | ^ | MEBN | Aug 14 2025 18:44:24 | Diverse Funding, 2351 North Forest Road, Suite 110, Getzelle, NY 14068-9902 |
| 5708926 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 19:04:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5708925 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2025 18:47:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5708927 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2025 18:47:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5708929 | + | EDI: NFCU.COM | Aug 14 2025 22:43:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5708930 | + | EDI: NFCU.COM | Aug 14 2025 22:43:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 5708931 | | Email/Text: bankruptcy@oportun.com | Aug 14 2025 18:47:00 | Oportun, Attn: Bankruptcy, PO Box 560698, The Colony, TX 75056 |
| 5708932 | | Email/Text: bkrgeneric@penfed.org | Aug 14 2025 18:47:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Box 1432, Alexandria, VA 22313-2302 |
| 5708933 | | EDI: PRA.COM | Aug 14 2025 22:43:00 | Portfolio Recovery Assoc., LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5708934 | ^ | MEBN | Aug 14 2025 18:44:09 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd, Ste 104, Moosic, PA 18507-2161 |
| 5708935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 19:03:45 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5708936 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Aug 14 2025 18:47:40 | Robinhood Credit - X1 Inc, Attn: Bankruptcy, 548 Market Street, Suite 30684, San Francisco, CA 94104-5401 |
| 5708937 | ^ | MEBN | Aug 14 2025 18:44:24 | Sage Capital Recovery, LLC, 401 Minnetonka Road, Hi-Nella, NJ 08083-2914 |
| 5708939 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 14 2025 18:47:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 5708940 | + | EDI: CBS7AVE | Aug 14 2025 22:43:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5708941 | + | EDI: SYNC | Aug 14 2025 22:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5708942 | + | EDI: SYNC | Aug 14 2025 22:43:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5708943 | + | EDI: USAA.COM | Aug 14 2025 22:43:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5708944 | + | Email/Text: bankruptcy@webbank.com | Aug 14 2025 18:47:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 5708947 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 14 2025 19:04:24 | Wells Fargo Bank NA, PO Box 10347, Des Moines, IA 50306-0347 |
| 5708946 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 14 2025 19:04:24 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 5708949 | ^ | MEBN | Aug 14 2025 18:43:48 | Weltman, Weinberg & Reis Co., LPA, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 5708950 | + | Email/Text: BKRMailOps@weltman.com | Aug 14 2025 18:48:00 | Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road., Ste. 200, Independence, OH 44131-2191 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Ferry, Jr | on behalf of Debtor 1 Miguel Angel Vega jackferry2@gmail.com  jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Miguel Angel Vega<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7151<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:25-bk-01227-HWV | |

# Order of Discharge                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Miguel Angel Vega
aka Miguel A. Vega-Vega

8/14/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2